# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148072

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                  SC: 148072
                                                  COA: 313901
                                                  Oakland CC: 2012-241215-FH

STEPHANIE MARIE NIEPOKUJ,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014 _____



                           Clerk

t0127